726 A.2d 909

IN THE MATTER OF WILLIAM MAIONE,
AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

The Disciplinary Review Board on December 14, 1998, having filed with the Court its decision concluding that **WILLIAM MAIONE** of **SCOTCH PLAINS,** who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.7(b) (conflict of interest) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM MAIONE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.